

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00459-CV

**FIBERLIGHT LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD CO.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice (dissenting)
             Rebeca C. Martinez, Justice

Appellant filed a Motion to Stay Litigation Pending Appeal, and appellee filed a written objection to the motion. After considering the merits of the motion and objection, we DENY the Motion to Stay Litigation Pending Appeal.

Appellee is reminded that its brief is due no later than December 1, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court